## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **VIRGINIA DEL CARMEN GONZALEZ DE RAMIREZ,** | § § § | |
| *Petitioner*, | § § | |
| **v.** | § § | |
| **ANGEL GARITE, IN HIS OFFICIAL CAPACITY AS ASSISTANT FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR AND SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; MAJOR GENERAL CURTIS TAYLOR, IN HIS OFFICIAL CAPACITY AS SENIOR COMMANDER OF FORT BLISS, TEXAS; AND PAMELA BONDI, IN HER OFFICIAL CAPACITY AS UNITED STATES ATTORNEY GENERAL,** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-00371-LS** |
| *Respondents*. | § § | |

### ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 19, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 5.